570 A.2d 963

B.P.U.M. DEVELOPMENT AND URBAN RENEWAL CORPORA-
TION v. CITY OF CAMDEN AND CAMDEN COUNTY
BOARD OF TAXATION.

October 23, 1989.

Petition for certification denied.

570 A.2d 963

B.P.U.M. DEVELOPMENT AND URBAN RENEWAL CORPORA-
TION v. CITY OF CAMDEN AND CAMDEN COUNTY
BOARD OF TAXATION.

October 23, 1989.

Cross-petition for certification denied.

570 A.2d 963

THEODORE R. MURNICK v. BOARD OF EDUCATION OF THE
CITY OF ASBURY PARK, ET AL. AND COMMISSIONER
OF EDUCATION.

October 24, 1989.

Petition for certification denied. (See 235 *N.J.Super.* 225,
561 *A.*2d 1193)

570 A.2d 963

JESSIE WILSON v. HOUSING AUTHORITY OF JERSEY CITY.

October 24, 1989.

Petition for certification denied.